# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Link Motion Inc. v. DLA Piper LLP (US)     Docket No.: 23-944

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Katherine Moran Meeks

Firm: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Avenue NW, Washington, D.C. 20036

Telephone: 202.955.8258     Fax: 202.831.6023

E-mail: kmeeks@gibsondunn.com

Appearance for: Defendants-Appellees DLA Piper LLP (US) and Caryn G. Schechtman
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kevin S. Rosen, Nancy E. Hart, Peter M. Wade / Gibson, Dunn & Crutcher LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/13/2023    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Katherine Moran Meeks

Type or Print Name: Katherine Moran Meeks