# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of October, two thousand twenty-three.

_____

Link Motion Inc.,                              **ORDER**

        Plaintiff - Appellant,           Docket No. 23-944

v.

DLA Piper LLP (US), Caryn G. Schechtman,

        Defendants - Appellees.
_____

    Appellant moves for leave to file a supplemental appendix and to supplement the record on appeal with a copy of the original complaint and second amended complaint filed in a related action, *Baliga v. Link Motion Inc.*, 1:18-cv-11642-VM.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

                                                 For the Court:
                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court

