# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand and twenty-three,

_____

| | |
|---|---|
| Link Motion Inc., | **ORDER** <br> Docket No. 23-944 |
| Plaintiff - Appellant, | |
| v. | |
| DLA Piper LLP (US), Caryn G. Schechtman, | |
| Defendants - Appellees. | |

_____

Appellant moves for leave to file a supplemental appendix and to supplement the record on appeal with a copy of the original complaint and second amended complaint filed in a related action, *Baliga v. Link Motion Inc.*, 1:18-cv-11642-VM.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

