---

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Michael James Maloney
Firm Name (if applicable): Felicello Law P.C.
Current Telephone Number: 646 564 3510

The above named attorney represents:
(X) Appellant/Petitioner    ( ) Appellee-Respondent ( )    Intervenor

Date: Dec. 20, 2023            Signature: _____

## NOTICE TO THE BAR

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $34 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick-up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Rev. 10/2023

If the argument date or time listed above is not convenient, the Court will consider a motion to reschedule. Please refer to the Court's website under Forms (Form T-1080) for instructions on how to file your motion. The motion must be filed within 10 days of the date of this notice. Oral argument will not be rescheduled except upon a showing of extraordinary circumstances. See Local Rule 34.1(a)(5).

The names of counsel scheduled to present oral argument must be filed in accordance with Local Rule 34.1(c).

Only attorneys who have filed a notice of appearance in the case are permitted to argue. See Local Rule 46.1(a)(1) and (c).

Absent permission from the panel, parties will not be permitted to reserve time for rebuttal. See Local Rule 34.1(d).

Attorneys presenting argument should bring two extra copies of the principal brief they filed to provide to the panel at the argument, as the judges may be using electronic versions of the briefs on the bench.

Cases are scheduled in the order they will be heard. Please plan to arrive no later than 9:30 a.m. as the panel may move more quickly than anticipated through the argument calendar.

Cell phones and other electronic devices are permitted in the courthouse and the courtroom, but all devices must be silenced in the courtroom.

If you require any accommodations (e.g., because of a disability), please contact the Office of the Clerk at (212) 857-8500 at least 1 week in advance of argument or as soon as the need is known.